MICHAEL GRASSO, MARGARET GRASSO, AND MICHAEL GRASSO, JR., PLAINTIFFS-APPELLANTS, v. JOHN DEITER, HIS HEIRS, DEVISEES AND PERSONAL REPRESENTATIVES, AND HIS, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, AND STATE OF NEW JERSEY, DEFENDANTS-RESPONDENTS.

Argued September 9, 1974—Decided October 22, 1974.

*Mr. Sheldon R. Franklin* argued the cause for appellants (*Messrs. Franklin and Keck,* attorneys).

No appearances were made on behalf of respondents.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division, 126 *N. J. Super.* 365.

*For affirmance* — Chief Justice HUGHES and Justices JACOBS, HALL, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD—7.

*For reversal*—None.